AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br> DUSTEN EDWARD EICHENSEHR <br> <br> *Defendant(s)* | Case No. **SA:23-MJ-1578** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April through September, 2023** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of Child Pornography <br><br> Penalties: Mandatory Minimum 5 years imprisonment; Maximum 20 years imprisonment; Lifetime supervised Release; $250,000 fine; $100 SA; $5000 JVTA assessment; Up to $35,000 under 2259A, restitution, forfeiture, and sex offender registration |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

David Rodriguez, FBI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 9, 2023

*Judge's signature*

City and state: San Antonio, Texas       Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Rodriguez, being duly sworn, depose and say that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since January 2008. I am currently assigned to the San Antonio Division of the FBI. I am assigned to the Violent Crimes against Children Section and as such, I investigate crimes against children, including the trafficking and possession of child pornography and the sexual exploitation of children. I have received particularized training in the investigation of computer related crimes, social networking, and online (i.e. Internet based) crimes against children.

2. This affidavit is being submitted in support of a Criminal Complaint for **DUSTEN EDWARD EICHENSEHR,** date of birth: XX-XX-1999.

3. The factual information supplied in this affidavit is based upon your Affiant's own investigation of this matter, as well as information provided by other law enforcement officers. The Affiant has set forth facts that he believes establish probable cause to believe that **DUSTEN EDWARD EICHENSEHR** has violated the provisions of Title 18, U.S.C. Sections 2252A(a)(2), Distribution of Child Pornography.

4. On or about June 06, 2023, a child exploitation subject consented to allow FBI San Antonio to assume the online identity of the subject's Telegram account. Online Covert Employee (OCE) 11-2200 for the FBI took over the Telegram account and captured chat sessions with Telegram username: *"@Aijunda88,"* display name: *"Duh."* A review of the historical chats between April 27, 2023, and June 05, 2023, revealed *Duh* distributed approximately 157 files which depicted the sexual abuse of children, including a video distributed on or about May 16, 2023, depicting a nude prepubescent male laying on his back with his legs raised, revealing the child's anus and penis. The video further depicts the child using his hands to play on an electronic device as an adult's penis is repeatedly inserted into the child's anus.

5.      On numerous dates between June 20, 2023, and September 25, 2023, using the internet-based messaging application Telegram, Telegram display name *Duh* sent OCE-11200 over 100 videos and images depicting children, some of which are prepubescent, engaging in sexually explicit conduct, including the lascivious exhibition of the children's genitalia, children masturbating, and adults performing oral sex on male children. For example, on or about August 22, 2023, *Duh* sent OCE-11200 a 32 second video which depicted an infant laying on a white colored bed sheet and an adult male masturbates his penis until he ejaculates into the infant's mouth.

6.      Further investigation by the FBI identified D*uh* as Duseten Eichensehr, residing in San Antonio, Texas.

7.      On November 08, 2023, FBI San Antonio executed a federal search warrant at Dusten Eichensehr's home in San Antonio, Texas, and seized a number of electronic devices.  During a post-*Miranda* interview, Eichensehr admitted to using the Telegram screen name *Duh* and to his Samsung cellular phone to distribute child pornography files to various individuals via Telegram.

8.      A preliminary review of Eichensehr's Samsung cellular phone revealed numerous files depicting prepubescent children engaged in sexually explicit conduct.

9.      Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that from in or about April 2023 and continuing through September 2023, **DUSTEN EDWARD EICHENSEHR** did knowingly distribute child pornography using any means and facility of interstate and foreign commerce, in violation Title 18, U.S.C. Sections 2252A(a)(2).

FURTHER AFFIANT SAYETH NOT,

_____
Special Agent David Rodriguez
FBI San Antonio Child Exploitation and
Human Trafficking Task Force


Sworn to and subscribed before me this  9th   day of November, 2023.

_____
The Honorable Richard B. Farrer
United States Magistrate Judge
Western District of Texas